IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM A. BRUMETT                                                          PLAINTIFF

v.                              Case No. 5:10-cv-332-DPM

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY OF
AMERICA                                                                      DEFENDANT

JUDGMENT

Brumett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 June 11